UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| V. | : | CA No. 05-153 S |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**DEFENDANT'S MOTION TO COMPEL RESPONSES TO REQUEST FOR PRODUCTION**

The Defendant, Ameriquest Mortgage Company, hereby moves that this Court enter an Order compelling the Plaintiff to file her answers to the request for production of documents which were propounded to her by the Defendant. Those requests for production of documents were propounded on July 27, 2005.

Filed simultaneously with this Motion is a Memorandum of Law in Support of the Motion. The Defendant requests that compliance be made within ten (10) days of the date of the Order.

Dated: September 12, 2005

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh, Esquire #1773
Ablitt & Caruolo, PC
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 13th day of September, 2005.

______________________________

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| | : | |
| V. | : | CA No. 05-153 S |
| | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**MEMORANDUM OF LAW**

Defendant, Ameriquest Mortgage Company, moves that this Court enter and Order compelling the Plaintiff to file her Responses to Request for Production of Documents which were propounded to her by the Defendant. Those Requests were propounded on July 27, 2005. The Plaintiff has not filed her responses nor any objections or any responses to the request for production.

Pursuant to Federal Rules of Civil Procedure, Rule 34, the Plaintiff must file her Responses to Request for Production of Documents propounded to her by the other party. In this case the other party would be the named Defendant. Furthermore, pursuant to Federal Rules of Civil Procedure, Rule 34 and the Requests, the Plaintiff has a period of time of thirty (30) days within which to file her responses. As indicated, the Request for Production of Documents were propounded on July 27, 2005. The time by which she would have to file her answers (the aforesaid period of time plus the three (3) additional days allotted for service by mail) has expired.

This Motion is made pursuant to Federal Rules of Civil Procedure, Rule 37. That Rule provides various remedies of sanctions for seeking compliance with the discovery rules. Furthermore, pursuant to the provisions of the Pre-Trial Order which was entered

in this Court, discovery needs to be completed by October 3, 2005. That date is less than one month from the date of this Motion. Therefore, the Defendant requests an Order compelling compliance and the filing of the Plaintiff's Responses to Request for Production of Documents within ten (10) days.

In the alternative, the Court should enter an Order precluding the Plaintiff from introducing any evidence, etc., which was not provided.

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh, Esquire #1773
Ablitt & Caruolo, PC
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 13th day of September, 2005.

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LILLIAN MELENDEZ :
Plaintiff :
:
V. : CA No. 05-153 S
:
AMERIQUEST MORTGAGE COMPANY :
Defendant :

**DEFENDANT, AMERIQUEST MORTGAGE COMPANY'S REQUEST FOR PRODUCTION PROPOUNDED TO THE PLAINTIFF, LILLIAN MELENDEZ**

Pursuant to Federal Rules of Civil Procedure, Rule 34, the Defendant, Ameriquest Mortgage Company, requests that the Plaintiff, Lillian Melendez, produce and permit the Defendant to inspect and to copy the following documents and other items. Production of the documents for inspection and copying should be made at the office of the Defendant's attorney, Ablitt & Caruolo, P.C., 33 College Hill Road, Building 15, Warwick, RI 02886 within thirty (30) days of the service of this Request.

1. Copies of each and every document, whether signed or unsigned, that was given to the Plaintiff at the closing of the loan which occurred on November 2, 2004.

2. Copies of any and all letters, memos, notes, messages, e-mail messages, or other documents or writings evidencing any communication between the Plaintiff and the Defendant, and/or any officer, employee, agent of the Defendant, regarding the subject matter of this lawsuit.

3. Copies of any and all letters, memos, notes, messages, e-mail messages, or other documents or writings evidencing any communication between the Plaintiff and the Defendant, and/or any officer, employee, agent of the Defendant, regarding any refinancing of the November 2004 loan.

4. Copies of any and all letters, memos, notes, messages, e-mail messages, or other documents or writings, evidencing any communication between any third party, on the one hand, and the Plaintiff and/or the Defendant, and/or any officer, employee, agent of the Defendant, on the other hand, regarding the subject matter of this lawsuit.

5. Copies of any and all bills, invoices, records, letters, or any other document or writing which evidence and/or memorialize any costs, expenses, or loses sustained by the Plaintiff which he contends was/were caused by the actions or inactions of the Defendant.

6. Copies of any ledgers, lists, spreadsheets, memoranda, documents or other writings which evidence any calculation of damages by the Plaintiff.

7. Copies of any and/all laws, statutes, regulations, trade or business practices which support Plaintiff's contention set forth in paragraph number 12 of his complaint.

8. Statement of the damages reportedly suffered by the Plaintiff as a result of the alleged accident and/or admissions of the Defendant.

9. Copies of any and all laws, statutes, regulations, trade or business practices, which support Plaintiff's contention, set forth in paragraph number 13 of his complaint.

10. Copies of any and all laws, statutes, regulations, trade or business practices, which support Plaintiff's contention, set forth in paragraph number 16 of his complaint.

11. Copies of any and all laws, statues, regulations, trade of business practices that the Plaintiff contends were violated by the Defendant and/or any of its agents.

12. Copies of any and all letters, advertisements, flyers, solicitations, documents or other writings received by the Plaintiff from any third party prior to the filing of this lawsuit which in anyway indicated to the Plaintiff that she might have a cause of action.

13. Copy of the Retainer Agreement between the Plaintiff and her attorney.

14. Copies of any bills, invoices, statements or other documents concerning the legal fees incurred by the Plaintiff received by the Plaintiff from her attorney(s).

15. Copies of any and all letters, messages, correspondence, memoranda, charts graphs, or other documents or writings or other items that you intend to introduce into evidence at the trial of this action.

Dated: Tuesday, July 27, 2005

Respectfully Submitted
Ameriquest Mortgage Company
By its attorney,

William M. Walsh (Bar No. 1773)
Ablitt & Caruolo, PC
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Lynn Eaton, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre located at 2 Dexter Street, Pawtucket, RI 02862, by mailing it to him via first class mail, postage prepaid on this 27th day of July 2005.

Lynn Eaton