UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| V. | : | CA No. 05-153 S |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant, Ameriquest Mortgage Company, hereby moves that this Court enter an Order protecting the Defendant from producing certain other documents requested by the Plaintiff. The Plaintiff filed a Notice of Deposition of Ameriquest Mortgage Company indicating that the Deposition would take place at the office of the Plaintiff's Attorney on September 30, 2005 at 1:00 p.m. As part of that Notice, the Plaintiff included an Exhibit A, a list of documents to be produced. Paragraph 2 of that Exhibit states "all documents that you plan to introduce at trial".

Defendant objects to this particular paragraph. Filed simultaneously with this Motion is a Memorandum of Law in Support of this Motion for Protective Order.

Dated: September 13, 2005

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh, Esquire #1773
Ablitt & Caruolo, PC
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 13th day of September, 2005.

Jennifer Desjardins

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| V. | : | CA No. 05-153 S |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF THE MOTION FOR PROTECTIVE ORDER**

Defendant, Ameriquest Mortgage Company, moves that this Court enter and Order protecting the Defendant from producing certain documents requested by the Plaintiff.

The Defendant seeks Protective Order against producing those documents requested in Paragraph 2 of the Request for Production of Documents which is designated as Exhibit A. It is part of a Notice of Deposition. The Request is overly broad. First, it does not specify the particular documents to which the Plaintiff asserts that it is entitled. Second, the Request impinges on information that is privileged and also information that would constitute attorney's work product. The Plaintiff specifically asks for information regarding documents that the Defendant intends to present at trial. At this point in time, the Defendant has not made a definitive determination as to what documents will be placed into evidence at trial and what documents will simply be used by defense counsel at the trial in presenting its defense. The request violates the doctrine of the attorney's work product which precludes the Plaintiff's Attorney from seeking certain documents and information from the defense counsel.

It is not incumbent on the Defendant's attorney to divulge the identity of all documents that it intends to use at the trial. However, it is incumbent on the Plaintiff's Attorney to identify and request specific documents to which the Defendant and its counsel could make a legitimate response.

Accordingly, Defendant seeks a Protective Order pursuant to Federal Rules of Civil Procedure, Rule 26. See In Re: Shell Oil Refinery, 143 F.R.D. 105 (E.D. La 1992); Aikens v. Deluxe Financial Services, Inc., 217 F.R.D. 533 (D.Kan. 2003); U.S. ex rel Franklin v. Parke-Davis, 210 F.R.D. 257 (D. Mass. 2002); see, generally, Public Citizen v. Liggett Group, Inc. 858 F2d 775 (1st Cir. 1988).

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh

William M. Walsh, Esquire #1773
Ablitt & Caruolo, PC
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 13th day of September, 2005.

Jennifer Desjardins