**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LILLIAN MELENDEZ** | : | |
| **Plaintiff,** | : | **C.A. NO. 05-153 S** |
| | : | |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE** | : | |
| **COMPANY** | : | |
| **Defendant** | : | |

**PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTIONS TO COMPEL**

Now, comes the Plaintiff in the above entitled matter and objects to the Defendant's Motion to Compel Answers to Interrogatories and Motion to Compel Responses to Request for Production. A memorandum in support of said opposition is attached herein.

**WHEREFORE**, Plaintiff prays that the Defendant's Motions to Compel be denied.

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed on September 14, 2005 to William M. Walsh, Esq., Ablitt & Caruolo, P.C, 33 College Hill Rd,Bldg 15 C, Warwick, RI 02886

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LILLIAN MELENDEZ** | : | |
| **Plaintiff,** | : | **C.A. NO. 05-153 S** |
| | : | |
| **VS.** | : | |
| | : | |
| **AMERIQUEST MORTGAGE** | : | |
| **COMPANY** | : | |
| **Defendant** | : | |

**MEMORANDUM OF LAW IN SUPPORT TO THE PLAINTIFF'S OBJECTION TO THE DEFENDANT'S MOTIONS TO COMPEL**

On September 6, 2005, counsel for the Plaintiff forwarded and e-mail to the Defendant's counsel indicating that responses to the outstanding discovery would be going out that week. In accordance with said representation, responses were placed in the mail on September 9, 2005. Accordingly, the Defendant's Motions should be dismissed as moot.

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed on September 14, 2005 to William M. Walsh, Esq., Ablitt & Caruolo, P.C, 33 College Hill Rd,Bldg 15 C, Warwick, RI 02886