UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
OCT 05 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

LILLIAN MELENDEZ :
Plaintiff :
:
V. : CA No. 05-153 S
:
AMERIQUEST MORTGAGE COMPANY :
Defendant

**MOTION TO MODIFY THE PRETRIAL ORDER**

The Defendant, Ameriquest Mortgage Company, hereby files this Motion to Modify the Pretrial Order, specifically to extend the time by which to complete discovery in this action. Both parties need additional time to complete discovery. Accordingly, Plaintiff's Attorney joins in the Motion to Modify the Pretrial Order.

Filed simultaneously with this Motion is a Memorandum of Law in support of the Motion.

Dated: October 4, 2005

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

GRANTED
William E. Smith
U.S. District Judge
10/5/05

William M. Walsh, Esquire #1773
Law Offices of James J. Caruolo
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 4th day of October, 2005.