UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LILLIAN MELENDEZ :
Plaintiff :
:
V. : CA No. 05-153 S
:
AMERIQUEST MORTGAGE COMPANY :
Defendant

**AMENDED/ SUPPLEMENTAL MOTION TO MODIFY THE PRETRIAL ORDER**

On October 4, 2005 the Defendant filed a Motion to Modify the Pretrial Order. The request was specifically to extend the time by which discovery would be completed. Both parties had agreed to this Motion.

The Motion to Modify the Pretrial Order was granted. The purpose of this Motion is to clarify the specific provisions which would be modified.

Filed simultaneously with this Motion is a Memorandum of Law in support thereof.

Dated: October 12, 2005

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh, Esquire #1773
Law Offices of James J. Caruolo
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 12th day of October, 2005.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LILLIAN MELENDEZ :
Plaintiff :
:
V. : CA No. 05-153 S
:
AMERIQUEST MORTGAGE COMPANY :
Defendant :

**DEFENDANT'S MEMORANDUM OF LAW IN SUPPORT OF THE AMENDED/SUPPLEMENTAL MOTION TO MODIFY THE PRETRIAL ORDER**

On October 4, 2005 the Defendant filed a Motion to Modify the Pretrial Order. The request was specifically to extend the time by which discovery would be completed. Both parties had agreed to this Motion.

Both parties had indicated a desire and a need to extend the time for discovery. However, neither party had designated a particular time for the extension. Although the Court did grant the Motion to Modify the Pretrial Order, it was unclear to the Court as to how much time, if any, was necessary. Furthermore, it was also unclear to the Court as to whether any of the subsequent deadlines needed to be extended as well.

The attorney for the Defendant has discussed this with the attorney for the Plaintiff. Plaintiff's attorney had indicated that he desires an additional sixty (60) days by which to complete discovery. Furthermore, as certain of the deadlines designated in the Pretrial Order follow from the date of the termination of the discovery, those deadlines would likewise need to be extended. The parties request that the deadline for completing discovery be extended for a period of sixty (60) days. That period would indicate discovery completed on or before December 3, 2005. The following deadline would be for the filing of the Pretrial Memoranda. It is requested that that also be extended for an additional sixty (60) days; therefore the date would be January 3, 2006.

Both parties agree to this modification.

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh, Esquire #1773
Law Offices of James J. Caruolo
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 12th day of October, 2005.