UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF R.I.

LILLIAN MELENDEZ :
Plaintiff :
:
V. : CA No. 05-153 S
:
AMERIQUEST MORTGAGE COMPANY :
Defendant

**AMENDED/ SUPPLEMENTAL MOTION TO MODIFY THE PRETRIAL ORDER**

On October 4, 2005 the Defendant filed a Motion to Modify the Pretrial Order. The request was specifically to extend the time by which discovery would be completed. Both parties had agreed to this Motion.

The Motion to Modify the Pretrial Order was granted. The purpose of this Motion is to clarify the specific provisions which would be modified.

Filed simultaneously with this Motion is a Memorandum of Law in support thereof.

Dated: October 12, 2005

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

GRANTED
William E. Smith
U.S. District Judge
10/14/05

William M. Walsh, Esquire #1773
Law Offices of James J. Caruolo
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 12th day of October, 2005.

Jennifer Desjardins