# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| | : | |
| V. | : | CA No. 05-153 S |
| | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**NOTICE OF DEPOSITION**

| | |
|---|---|
| DATE: | Tuesday, November 8, 2005 |
| TIME: | 2:00 p.m. |
| PLACE: | 33 College Hill Road, Bldg. 15C, Warwick, RI 02886 |
| DEPONENT: | Lillian Melendez<br>PLAINTIFF |

PLEASE TAKE NOTICE that pursuant to the Federal Rules of Civil Procedure, Defendant's counsel in the above-entitled action will take the deposition of the above-named deponent at the date and time indicated herein, or oral examination, which examination will continue from day to day until complete, at the LAW OFFICES OF JAMES J. CARUOLO, at the address referenced above before a Notary Public duly commissioned in the State of Rhode Island.

DEFENDANT,
AMERIQUEST MORTGAGE COMPANY
BY ITS ATTORNEY,

William M. Walsh, Esq. (#1773)
LAW OFFICES OF JAMES J. CARUOLO
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Facsimile

**CERTIFICATION**

I hereby certify that a true copy of the foregoing was mailed via first class mail, postage prepaid and addressed to Christopher Lefebvre, Esq., PO Box 479, Pawtucket, Rhode Island 02862 and Jane Callaghan, Callaghan Court Reporting Services, 22 Prospect Street, Cranston, RI 02910 on this 3rd day of November, 2005.

Jennifer C Desjardins