RECEIVED
NOV 08 2005
Property of U.S. District Court
District of Rhode Island

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LILLIAN MELENDEZ** | : | |
| **Plaintiff** | : | |
| | : | |
| **V.** | : | **CA No. 05-153 S** |
| | : | |
| **AMERIQUEST MORTGAGE COMPANY** | : | |
| **Defendant** | : | |

STIPULATION

It is hereby agreed between the parties that the Defendant's Motion to Compel Answers to Interrogatories from the Plaintiff, the Defendant's Motion to Compel Responses to Production of Documents from the Plaintiff and the Defendant's Motion for a Protective Order to Plaintiff's Discovery Request, which were all scheduled for a hearing before this Court on September 26, 2005, are moot and/or otherwise have been resolved. Therefore the matters may be passed off the Court Docket.

Plaintiff
Lillian Melendez
By her Attorney

Christopher M. Lefebvre, Esq.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060

Dated: November 2, 2005

Defendant
Ameriquest Mortgage Company
By its Attorney

William M. Walsh, Esq. #1773
Law Offices of James J. Caruolo
33 College Hill Road
Building 15C
Warwick, RI 02886
(401) 828-7100

ENTER.

DAVID L. MARTIN
United States Magistrate Judge
November 9, 2005