RECEIVED

SEP 13 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED
SEP 14 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

LILLIAN MELENDEZ
Plaintiff

V. CA No. 05-153 S

AMERIQUEST MORTGAGE COMPANY
Defendant

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant, Ameriquest Mortgage Company, hereby moves that this Court enter an Order protecting the Defendant from producing certain other documents requested by the Plaintiff. The Plaintiff filed a Notice of Deposition of Ameriquest Mortgage Company indicating that the Deposition would take place at the office of the Plaintiff's Attorney on September 30, 2005 at 1:00 p.m. As part of that Notice, the Plaintiff included an Exhibit A, a list of documents to be produced. Paragraph 2 of that Exhibit states "all documents that you plan to introduce at trial".

Defendant objects to this particular paragraph. Filed simultaneously with this Motion is a Memorandum of Law in Support of this Motion for Protective Order.

Dated: September 13, 2005

Ruled moot based on stipulation filed 11-8-05.

David L. Martin USMJ
11-9-05

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☑ for determination
☐

William E. Smith, U.S. District Judge
Date 9/14/05

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh

William M. Walsh, Esquire #1773
Ablitt & Caruolo, PC
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax