IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED NOV 29 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

LILLIAN MELENDEZ :
Plaintiff, : C.A. NO. 05-153 S
:
VS. :
:
AMERIQUEST MORTGAGE :
COMPANY :
Defendant :

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE

Now comes the Plaintiff in the above entitled matter and requests that the Court extend the December 5, 2005 discovery deadline through January 31, 2006. The Plaintiff also requests that the Court extend the January 3, 2006 deadline for preparing the pre trial memorandum through February 20, 2006 and, also extend the parties' expert designations through January 16, 2006. In support of said request the undersigned states that the parties need additional time to complete depositions. Counsel for the Plaintiff has conferred with defense counsel who does not oppose the relief requested herein.

**WHEREFORE,** Plaintiff prays that her motion be granted and that the discovery deadline be extended through January 3, 2006, that the pre trial memorandum deadline be extended through February 20, 2006 and that the parties' expert designations be extended through January 16, 2006.

Respectfully submitted;

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax
Bar# 4019

GRANTED
William E. Smith
U.S. District Judge
11/29/05