# EXHIBIT A

**JOHN REILLY & ASSOCIATES**
**Attorneys and Counselors at Law**

Summit West — Suite 330
300 Centerville Road
Warwick, Rhode Island 02886-4395
(401) 739-1800
Fax (401) 738-0258

Michael F. Drywa, Jr.
mdrywa@lawyers-online.us

December 21, 2005

Christopher M. Lefebvre, Esq.
Family and Consumer Law Center
Two Dexter Street
P.O. Box 479
Pawtuckct, Rhode Island 02862

***RE: Lillian Melendez vs. Ameriquest Mortgage Company***
***Our Client: Tapalian & Tadros, PC***

Dear Mr. Lefebvre:

I am in receipt of your December 15, 2005, correspondence re. Mr. Lima's production of documents he may have in connection with real estate closings he conducted for Tapalian & Tadros. I would once again re-iterate that the objections previously asserted by this firm on behalf of our client in this matter apply to any documents or other information Mr. Lima may have and, more particularly, to the names and other personal information of clients (borrowers) in connection with closings he performed.

Notwithstanding the foregoing standing objections, please be advised that, after a diligent search of his records, Mr. Lima was unable to obtain or create any documents that contain the names and dates of clients for whom he did real estate closings.

Thank you for your courtesy in this matter.

Very truly yours,

Michael F. Drywa, Jr.

MFD/abs

cc: Client
William M. Walsh, Esq.
Michael Lima , Esq.