# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **LILLIAN MELENDEZ** **Plaintiff,** | : | **C.A. NO. 05-153 S** |
| **VS.** | : | |
| **AMERIQUEST MORTGAGE COMPANY** **Defendant** | : | |

**PLAINTIFF LILLIAN MELENDEZ'S REQUEST FOR PRODUCTIONOF DOCUMENTS PROPOUNDED TO THE DEFENDANT AMERIQUEST MORTGAGE COMPANY**

Pursuant to Fed. Rules of Civil Procedure, Rule 34, the Plaintiff, Lillian Melendez, requests the Defendant, Ameriquest Mortgage Company, to produce and permit the Plaintiff to inspect and to copy the following documents at the Offices of Christopher M. Lefebvre, Two Dexter Street, Pawtucket, RI 02860.

1. The name and address of all borrowers who refinanced a mortgage on their principal residence with Ameriquest Mortgage Co. during the one (1) year period prior to April 14, 2005 (date of filing of the instant lawsuit), who's closing was conducted by any officer or agent of Tapalian & Tadros, PC.

Lillian Melendez
By her attorney,

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed on December 15th, 2005 to William M. Walsh, Esq., Ablitt & Caruolo, P.C, 33 College Hill Road, Building 15 C Warwick, RI 02886