# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff, | : | C.A. NO. 05-153 S |
| VS. | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**NOTICE OF DEPOSITION OF AMERIQUEST MORTGAGE COMPANY**

**TO:** William M. Walsh, Esq.
Ablitt & Caruolo, P.C.
33 College Hill Road
Building 15 C
Warwick, RI 02886

Pursuant to Fed. R. Civ. P. 30(b)(6), Plaintiff, Lillian Melendez, will take the deposition on oral examination of Ameriquest Mortgage Company at the offices of Claude Lefebvre, Christopher Lefebvre P.C., Two Dexter Street, Pawtucket, Rhode Island, on Jan 17, 2006 at 1:00 pm which deposition will continue from day to day until completed, before a qualified Notary Public. You are invited to attend and examine said witness.

Ameriquest Mortgage Co. is required, pursuant to Fed. R. Civ. P. 30(b)(6), to designate one or more of their officers, directors, managing agents, or other persons who consent to testify on their behalf with respect to the following areas of inquiry listed below.

**AREAS OF INQUIRY**

1. The person most knowledgeable with the following information in relation to Ameriquest residential Rhode Island refinancing transactions from November 2, 2004 to date: all closing instructions, policy statements, and or general procedures concerning the preparation and or transmittal of a closing file to a closing agent and or attorney; the general contents of a closing file including but not limited to knowledge of the number of notices of right to cancel forms that are included in a closing packet; the preparation, copying and or dissemination of a closing packet to a customer including but not limited to the number of notices of right to cancel that are included in the customer's packet of documents; and with execution of notices of right to cancel.

2. The person(s) most knowledgeable with any and all training given to attorneys, third party closing agents and or notaries that conducted residential refinancing transactions in Rhode Island on behalf of Ameriquest from January 1, 2004 to date.

3. Person(s) most knowledgeable with a complete history of Plaintiff's mortgage loan transaction including but not limited to all debits and credits made to said loan, all payments made on said loan, all finance charges assessed against Plaintiff's loan, and all legal fees and costs assessed and or charged against said loan subsequent to the filing of the instant lawsuit.

4. Person(s) most knowledgeable with the names and complete property addresses of all refinancing transactions that were conducted by Tapalian & Tadros from May 01, 2004 to date.

5. Person(s) most knowledgeable with all aspects of the refinancing process including but not limited to the transmission, preparation, and or copying of documents involving refinancing transactions that were conducted by Tapalian and Tadros from May 01, 2004 to date.

6. Person(s) most knowledgeable with any and all steps taken by Ameriquest in response to the notice of rescission in relation to Plaintiff's loan including but not limited to any and all steps taken to verify and or refute the allegations in said notice.

7. Person(s) most knowledgeable with all lawsuits filed against Ameriquest from Jan 1, 2004 to date involving any allegation concerning a Notice of Right To Cancel that somehow violated the Federal Truth In Lending Act.

Lillian Melendez
By her attorney,

Christopher M. Lefebvre
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax

**CERTIFICATION**

I, the undersigned, hereby certify that a copy of the within was mailed on Decembert 22, 2005 to:

William M. Walsh, Esq.,
Ablitt & Caruolo, P.C
33 College Hill Road
Building 15 C
Warwick, RI 02886