UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| | : | |
| V. | : | CA No. 05-153 S |
| | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**DEFENDANT'S MOTION TO COMPEL RESPONSES TO SECOND REQUEST FOR PRODUCTION**

The Defendant, Ameriquest Mortgage Company, hereby moves that this Court enter an Order compelling the Plaintiff to file her answers to the second request for production of documents which were propounded to her by the Defendant. Those requests for production of documents were propounded on December 6, 2005.

Filed simultaneously with this Motion is a Memorandum of Law in Support of the Motion. The Defendant requests that compliance be made within ten (10) days of the date of the Order.

Dated: January 19, 2006

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh, Esq. #1773
Law Offices of James J. Caruolo
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 23rd day of January, 2006.

Jennifer C Desjardins

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| V. | : | CA No. 05-153 S |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**MEMORANDUM OF LAW**

Defendant, Ameriquest Mortgage Company, moves that this Court enter an Order compelling the Plaintiff to file her Responses to the Second Request for Production of Documents which were propounded to her by the Defendant. Those Requests were propounded on December 6, 2005. The Plaintiff has not filed her responses nor any objections, or any responses, to the request for production.

Pursuant to Federal Rules of Civil Procedure, Rule 34, the Plaintiff must file her Responses to the Request for Production of Documents propounded to her by the other party. In this case the other party would be the named Defendant. Furthermore, pursuant to Federal Rules of Civil Procedure, Rule 34 and the Requests, the Plaintiff has a period of time of thirty (30) days within which to file her responses. As indicated, the Second Request for Production of Documents was propounded on December 6, 2005. The time by which she would have to file her answers (the aforesaid period of time plus the three (3) additional days allotted for service by mail) has expired.

This Motion is made pursuant to Federal Rules of Civil Procedure, Rule 37. That Rule provides various remedies or sanctions for seeking compliance with the discovery rules. Therefore, the Defendant requests an Order compelling compliance and the filing

of the Plaintiff's Responses to Second Request for Production of Documents within ten (10) days.

In the alternative, the Court should enter an Order precluding the Plaintiff from introducing any evidence, etc., which was not provided.

Respectfully submitted,
Ameriquest Mortgage Company,
By its Attorney

William M. Walsh, Esq. #1773
Law Offices of James J. Caruolo
33 College Hill Road, Building 15C
Warwick, RI 02886
(401) 828-7100 Telephone
(401) 828-7102 Fax

**CERTIFICATION**

I, Jennifer C. Desjardins, certify that I served a copy of the within document to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 23rd day of January, 2006.