UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| | : | |
| V. | : | CA No. 05-153 S |
| | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S OBJECTION TO THE PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the Defendant in the above entitled matter and hereby objects to the Plaintiff's Motion to Compel the Defendant's Production of Documents. The said Request for Production of Documents is dated December 15, 2005. In response to that request, the Defendant filed a timely Objection. Therefore, Defendant now files an Objection to the resulting Motion to Compel Production.

Dated: January 26, 2006

Defendant
Ameriquest Mortgage Company
By its Attorney,

William M. Walsh
Law Offices of James J. Caruolo
33 College Hill Road, Building 15
Warwick, RI 02886
Telephone: 1-401-828-7100
Facsimile: 1-401-828-7102

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Objection to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 26[h] day of January, 2006.