UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff | : | |
| | : | |
| V. | : | CA No. 05-153 S |
| | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

**DEFENDANT AMERIQUEST MORTGAGE COMPANY'S OBJECTION TO THE PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE**

Now comes the Defendant in the above entitled matter and hereby objects to the Plaintiff's Motion to Extend Discovery Deadline. There is no need for additional time to complete discovery.

This matter was filed in this Court on April 18, 2005. On June 2, 2005 a Pretrial Conference was held before U.S. District Judge William E. Smith. The case was discussed at that time. Furthermore, the resulting Pretrial Order set forth certain deadlines. As to the fact discovery disclosure, it stated "all factual discovery will be closed by October 3, 2005".

In light of the fact that both parties were continuing to do discovery, the Defendant filed a Motion to Modify the Pretrial Order. Specifically, it sought an extension of the discovery deadline. That motion indicated that both parties needed additional time within which to complete discovery. Although filed by the Defendant the Plaintiff joined in the motion. The motion specifically requested that the discovery deadline be extended to December 3, 2005. That deadline was indeed extended.

As that deadline approached, the Plaintiff filed a Motion to Extend the Discovery Deadline again. That motion, designated an Unopposed Motion to Extend the Discovery Deadline, was filed by the Plaintiff. It sought a discovery deadline of January 31, 2006. That was granted.

The present deadline for completion of discovery is January 31, 2006. The Plaintiff has had ample opportunity to conduct discovery. Indeed, both parties have sought and received extensions of the discovery deadline. Up until this point, discovery should be closed. Accordingly, Defendant objects to any further extension of the discovery deadline.

Dated: January 26, 2006

Defendant
Ameriquest Mortgage Company
By its Attorney,

William M. Walsh
Law Offices of James J. Caruolo
33 College Hill Road, Building 15
Warwick, RI 02886
Telephone: 1-401-828-7100
Facsimile: 1-401-828-7102

**CERTIFICATION**

I hereby certify that I mailed a copy of the within Objection to the Plaintiff's Attorney, Christopher Lefebvre, 2 Dexter Street, Pawtucket, RI 02862, via first class mail, postage prepaid on this 26h day of January, 2006.