IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 13 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff, | : | C.A. NO. 05-153 S |
| | : | |
| VS. | : | |
| | : | |
| AMERIQUEST MORTGAGE COMPANY<br>Defendant | : | |

## MOTION TO EXTEND DISCOVERY DEADLINE

Now comes the Plaintiff in the above entitled matter and requests that the Court extend the current discovery deadline until 45 days after the Court rules on the Motion For Protective Order filed by the Defendant and the Motion To Compel Production of certain documents filed by the Plaintiff. Once these issues are addressed by the Court, the parties will need a short period of time to complete any remaining discovery in preparation for trial. The parties have already participated in at two conferences with Magistrate Judge Lovegreen which did not result in settlement. At this juncture it appears that settlement will not be possible and the matter will proceed to trial. The granting of the instant request is necessary in light of the unresolved discovery disputes and will not be prejudicial to the Defendant.

**WHEREFORE,** Plaintiff prays that her motion be granted and that the discovery deadline be extended through 45 days after the Court enters a final order on the pending discovery motions and that the Court reset the deadlines for the pre trial memorandum and expert designations accordingly.

Discovery deadline will be Feb 24, 2006. There will be no further extensions.

WESmith
USDJ
1/27/06

Respectfully submitted;

Christopher M. Lefebvre#4019
PO Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 fax