IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
FEB 23 2006
Property of U.S. District Court
District of Rhode Island

| | | |
|---|---|---|
| LILLIAN MELENDEZ<br>Plaintiff,<br><br>VS.<br><br>AMERIQUEST MORTGAGE COMPANY<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | C.A. NO. 05-153 S |

## DISMISSAL STIPULATION

Pursuant to Federal Rules of Civil Procedure 41 (a), the Plaintiff hereby dismisses her complaint against the Defendant, Ameriquest Mortgage Company with prejudice.

Lillian Melendez
2/22/06

Lillian Melendez
By her attorney,

Christopher M. Lefebvre
Claude Lefebvre, Christopher Lefebvre P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

## CERTIFICATION

I, the undersigned, hereby certify that a copy of the within was mailed on February 22, 2005 to:

William M. Walsh, Esq.,
Ablitt & Caruolo, P.C
33 College Hill Road Building 15 C
Warwick, RI 02886

[illegible]: WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE: 2/27/06