A CERTIFIED TRUE COPY

MAR - 9 2006

ATTEST [signature]
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 9 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1715***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION*

*Lillian Melendez v. Ameriquest Mortgage Co.*, D. Rhode Island, C.A. No. 1:05-153

## *ORDER VACATING CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in this action (*Melendez*) on February 27, 2006. The Panel has now been advised that *Melendez* was dismissed in the District of Rhode Island by the Honorable William E. Smith in an order signed on February 27, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-1" filed on February 27, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel